Michael L. Cook (MC 7887)
David M. Hillman (DH 8666)
SCHULTE ROTH & ZABEL LLP
Counsel for McDermott Will & Emery LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955


McDERMOTT WILL & EMERY LLP
Alan S. Rutkoff
William P. Smith (WS-3210)
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700


McDERMOTT WILL & EMERY LLP
Stephen B. Selbst (SS-6963)
James M. Sullivan (JS-2189)
340 Madison Avenue
New York, New York 10017-4613
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                             Debtors. | Chapter 11<br>Case No. 05-14945 (ASH)<br><br>(Jointly Administered) |

**NOTICE OF APPEAL TO DISTRICT COURT**
**UNDER 28 U.S.C. § 158(a)(1)**

10516039.2

McDermott Will & Emery ("McDermott") appeals under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from the final order (the "Order"), dated September 21, 2007, of the United States Bankruptcy Court for the Southern District of New York, sustaining certain objections to McDermott's application, dated January 31, 2006, for final compensation and reimbursement of expenses. The parties to the Order appealed from and the names, addresses and telephone numbers of their attorneys are as follows:

SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK, ET AL.
Conflicts Counsel for the Debtors and
 Debtors in Possession
Frank A. Oswald, Esq.
Howard Magaliff, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY  10119
(212) 594-5000

UNITED STATES TRUSTEE
Diana G. Adams
United States Trustee for Region 2
Tracy Hope Davis, Esq.
Alicia M. Leonhard, Esq.
33 Whitehall Street. 21st Floor
New York, NY  10004
(212) 510-0500

CREDITORS' COMMITTEE
Craig Freeman, Esq.
Martin G. Bunin, Esq.
Michael E. Johnson, Esq.
Alston & Bird
90 Park Avenue
New York, NY  10016
(212) 210-9400


Dated: October 1, 2007
New York, New York

| | |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>Alan S. Rutkoff<br>William P. Smith (WS-3210)<br>227 West Monroe Street<br>Chicago, Illinois 60606<br>Telephone: (312) 372-2000<br>Facsimile: (312) 984-7700<br><br>McDERMOTT WILL & EMERY LLP<br>Stephen B. Selbst (SS-6963)<br>James M. Sullivan (JS-2189)<br>340 Madison Avenue<br>New York, New York 10017-4613<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444 | SCHULTE ROTH & ZABEL LLP,<br>Counsel for McDermott Will & Emery LLP<br><br>By: _____<br>Michael L. Cook (MC 7887)<br>David M. Hillman (DH 8666)<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 756-2000<br>Facsimile: (212) 593-5955<br>Email: michael.cook@srz.com<br>         david.hillman@srz.com |