TOGUT, SEGAL & SEGAL LLP
Counsel for Reorganized Debtors
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald (FAO-1223)
Howard P. Magaliff (HPM-2189)

ALSTON & BIRD LLP
Counsel for Official Committee of
 Unsecured Creditors
90 Park Avenue
New York, New York  10016
(212) 210-9400
Martin G. Bunin (MB-1602)
Craig E. Freeman (CF-5085)
Michael E. Johnson (MJ-0299)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
                                                                           :
In re:                                                                     :
                                                                           :
SAINT VINCENT'S CATHOLIC MEDICAL          :   Chapter 11
CENTERS OF NEW YORK d/b/a SAINT VINCENT  :   Case No.  05-14945 (ASH)
CATHOLIC MEDICAL CENTERS, *et al.*,       :   (Jointly Administered)
                                                                           :
              Reorganized Debtors.                                         :
                                                                           :
---------------------------------------------------------------------------x

## NOTICE OF CROSS-APPEAL TO DISTRICT
## COURT PURSUANT TO FED. R. BANKR. P. 8002(a)

Saint Vincent's Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, CMC Physician Services, P.C., CMC Radiological Services P.C., CMC Cardiology Services P.C., CMC Occupational Health Services P.C., Medical Service of St. Vincent's Hospital and Medical Center, P.C., and Surgical Service of St. Vincent's, P.C., as debtors and debtors in possession (collectively, the "Debtors" and after August 30, 2007, the "Reorganized Debtors"), and the Official Committee of Unsecured Creditors of Saint Vincent's Catholic Medical Centers of New York, cross appeal to the United States District Court for the Southern District of New York from

the final Order of the United States Bankruptcy Court for the Southern District of New York, entered September 21, 2007, sustaining, in part, objections to the first and final application of McDermott, Will & Emery LLP for allowance of compensation for professional services rendered and reimbursement of expenses incurred on behalf of the Debtors.  The parties to the Order appealed from and the names, addresses and telephone numbers of their attorneys, are:

| | |
|---|---|
| McDERMOTT, WILL & EMERY LLP<br>Represented by:<br>SCHULTE, ROTH & ZABEL, LLP<br>Michael L. Cook, Esq.<br>David H. Hillman, Esq.<br>919 Third Avenue<br>New York, New York  10022<br>(212) 756-2000 | DIANA G. ADAMS,<br>UNITED STATES TRUSTEE FOR REGION 2<br>Represented by:<br>Tracy Hope Davis, Esq.<br>Alicia Leonhard, Esq.<br>33 Whitehall street, 21st Floor<br>New York, New York  10004<br>(212) 510-0500 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>Represented by:<br>ALSTON & BIRD LLP<br>Martin G. Bunin, Esq.<br>Michael E. Johnson, Esq.<br>90 Park Avenue<br>New York, New York  10016<br>(212) 210-9400 | SAINT VINCENT'S CATHOLIC MEDICAL CENTERS OF NEW YORK<br>Represented by:<br>TOGUT, SEGAL & SEGAL LLP<br>Frank A. Oswald<br>Howard P. Magaliff<br>One Penn Plaza<br>New York, New York  10119<br>(212) 594-5000 |

**[signatures on next page]**

Dated:   New York, New York
         October 9, 2007

                TOGUT SEGAL & SEGAL LLP
                Attorneys for the Reorganized Debtors

                By: /s/ Frank A. Oswald
                    Frank A. Oswald (FAO-1223)
                    Howard P. Magaliff  (HPM-2189)
                One Penn Plaza
                New York, New York 10119
                (212) 594-5000

                ALSTON & BIRD LLP
                Attorneys for the Creditors' Committee

                By: /s/ Martin G. Bunin
                    Martin G. Bunin (MB-1602)
                    Craig E. Freeman (CF-5085)
                    Michael E. Johnson (MJ-0299)
                90 Park Avenue
                New York, New York 10016
                (212) 210-9400