**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

SAINT VINCENTS CATHOLIC MEDICAL CENTERS
OF NEW YORK d/b/a SAINT VINCENT CATHOLIC
MEDICAL CENTERS, *et al.,*

Debtors.

McDERMOTT WILL & EMERY LLP,

Appellant and Cross-Appellee,

v.

SAINT VINCENTS CATHOLIC MEDICAL CENTERS
OF NEW YORK, CREDITORS' COMMITTEE OF
SAINT VINCENT CATHOLIC MEDICAL CENTERS OF
NEW YORK and DIANA G. ADAMS, AS UNITED
STATES TRUSTEE FOR REGION 2,

Appellees and Cross-Appellants.

Civ No. 1:07-cv-09818 - AKH

Chapter 11
Case No. 05-14945 (ASH)

(Jointly Administered)



## STIPULATION AND SCHEDULING ORDER

**WHEREAS,** the Clerk of the Court docketed the above-captioned appeal on

November 6, 2007;

**WHEREAS,** the Clerk of the Court directed appellant to serve and file its

opening brief on November 26, 2007;

**WHEREAS,** appellees have cross-appealed; and

**WHEREAS,** the parties have agreed, subject to Court approval, upon a mutually

convenient briefing schedule for both the appeal and cross-appeal;

NOW, THEREFORE, in consideration of the mutual promises contained herein,

the parties stipulate and agree as follows:

        1.     The parties will serve and file their opening briefs simultaneously

on January 25, 2008.

        2.     The parties will serve and file their reply briefs simultaneously

on February 29, 2008.

        3.     The Court will advise the parties of the date, time and place for oral

argument after all briefs have been served and filed.

        4.     This Stipulation is subject to Court approval, and until such approval has

been obtained, it is of no force and effect, and no party may rely on it for any purpose

whatsoever.

Dated: November___, 2007
New York, New York

SAINT VINCENTS CATHOLIC MEDICAL
CENTERS OF NEW YORK, ET AL.
Conflicts Counsel for the Reorganized Debtors

By: _____
Frank A. Oswald (FAO-1223)
Howard P. Magaliff (HPM-2189)
One Penn Plaza
Togut Segal & Segal
New York, NY 10119
Telephone: (212) 594-5656
Facsimile: (212) 967-4258

ALSTON & BIRD LLP
Counsel for Creditors' Committee

By:_____
Craig Freeman  (CF _____)
Martin G. Bunin (MB _____)
Michael E. Johnson  (MJ _____)
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

**NOW, THEREFORE,** in consideration of the mutual promises contained herein,

the parties stipulate and agree as follows:

1.     The parties will serve and file their opening briefs simultaneously

on January 25, 2008.

2.     The parties will serve and file their reply briefs simultaneously

on February 29, 2008.

3.     The Court will advise the parties of the date, time and place for oral

argument after all briefs have been served and filed.

4.     This Stipulation is subject to Court approval, and until such approval has

been obtained, it is of no force and effect, and no party may rely on it for any purpose

whatsoever.

Dated: November 18, 2007
New York, New York

SAINT VINCENTS CATHOLIC MEDICAL         ALSTON & BIRD LLP
CENTERS OF NEW YORK, ET AL.             Counsel for Creditors' Committee
Conflicts Counsel for the Reorganized Debtors


By:_____            By:_____
Frank A. Oswald (FAO-1223)              Craig Freeman  (CF 5085)
Howard P. Magaliff (HPM-2189)           Martin G. Bunin (MB 1602)
One Penn Plaza                          Michael E. Johnson  (MJ 0299 )
Togut Segal & Segal                     90 Park Avenue
New York, NY  10119                     New York, NY  10016
Telephone:  (212) 594-5656              Telephone:  (212) 210-9400
Facsimile:  (212) 967-4258              Facsimile:  (212) 210-9444

UNITED STATES TRUSTEE

By: ~~Greg M. Zipes~~
Diana G. Adams   by: Greg M. Zipes, Trial Attorney (GMZ 4534)
United States Trustee for Region 2
Tracy Hope Davis, Esq.
Alicia M. Leonhard, Esq.
33 Whitehall Street. 21st Floor
New York, NY  10004
(212) 510-0500

McDERMOTT WILL & EMERY LLP
Alan S. Rutkoff
William P. Smith (WS-3210)
227 West Monroe Street
Chicago, Illinois  60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700

McDERMOTT WILL & EMERY LLP
Stephen B. Selbst (SS-6963)
James M. Sullivan (JS-2189)
340 Madison Avenue
New York, New York 10017-4613
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444

SCHULTE ROTH & ZABEL LLP,
Counsel for McDermott Will & Emery LLP

By: ~~Michael L. Cook~~
Michael L. Cook (MC 7887)
David M. Hillman (DH 8666)
919 Third Avenue
New York, New York  10022
Telephone:  (212) 756-2000
Facsimile:  (212) 593-5955
Email:  michael.cook@srz.com
          david.hillman@srz.com

SO ORDERED

this 26 day of November, 2007

~~signature~~
United States District Judge