USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

SAINT VINCENTS CATHOLIC MEDICAL CENTERS
OF NEW YORK d/b/a SAINT VINCENT CATHOLIC
MEDICAL CENTERS, *et al.*,

　　　　　　　Debtors.

McDERMOTT WILL & EMERY LLP,

　　　　　　　Appellant and Cross-Appellee,

　　　　　　　v.

SAINT VINCENTS CATHOLIC MEDICAL CENTERS
OF NEW YORK, CREDITORS' COMMITTEE OF
SAINT VINCENT CATHOLIC MEDICAL CENTERS OF
NEW YORK and DIANA G. ADAMS, AS UNITED
STATES TRUSTEE FOR REGION 2,

　　　　　　　Appellees and Cross-Appellants.

Civ No. 1:07-cv-09818 - AKH

Chapter 11
Case No. 05-14945 (ASH)

(Jointly Administered)

## STIPULATION AND SCHEDULING ORDER

**WHEREAS,** the Clerk of the Court docketed the above-captioned appeal on November 6, 2007;

**WHEREAS,** the Clerk of the Court directed appellant to serve and file its opening brief on November 26, 2007;

**WHEREAS,** appellees have cross-appealed; and

**WHEREAS,** the parties have further agreed, subject to Court approval, upon an amended mutually convenient briefing schedule for both the appeal and cross-appeal;

10548176.3

**NOW, THEREFORE**, in consideration of the mutual promises contained herein, the parties stipulate and agree as follows:

1. The parties will serve and file their opening briefs simultaneously on March 25, 2008.

2. The parties will serve and file their reply briefs simultaneously on April 25, 2008.

3. The Court will advise the parties of the date, time and place for oral argument after all briefs have been served and filed.

4. This Stipulation is subject to Court approval, and until such approval has been obtained, it is of no force and effect, and no party may rely on it for any purpose whatsoever.

Dated: January 8, 2008
New York, New York

| | |
|---|---|
| SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK, ET AL. Conflicts Counsel for the Reorganized Debtors | ALSTON & BIRD LLP Counsel for Creditors' Committee |
| By:_____ Frank A. Oswald (FAO-1223) Howard P. Magaliff (HPM-2189) One Penn Plaza Togut Segal & Segal New York, NY 10119 Telephone: (212) 594-5656 Facsimile: (212) 967-4258 | By: /s/ Craig Freeman (CF 5085) Martin G. Bunin (MB 1604) Michael E. Johnson (MJ 0399) 90 Park Avenue New York, NY 10016 Telephone: (212) 210-9400 Facsimile: (212) 210-9444 |

10548176.3

- 2 -

FROM 12125935955 SCHULTE ROTH & ZABEL LLP        (TUE) 1. 8' 08 10:55/ST. 10:53/NO. 4861207582 P 4

**NOW, THEREFORE,** in consideration of the mutual promises contained herein, the parties stipulate and agree as follows:

1. The parties will serve and file their opening briefs simultaneously on March 25, 2008.

2. The parties will serve and file their reply briefs simultaneously on April 25, 2008.

3. The Court will advise the parties of the date, time and place for oral argument after all briefs have been served and filed.

4. This Stipulation is subject to Court approval, and until such approval has been obtained, it is of no force and effect, and no party may rely on it for any purpose whatsoever.

Dated: January 6, 2008
New York, New York

SAINT VINCENTS CATHOLIC MEDICAL
CENTERS OF NEW YORK, ET AL.
Conflicts Counsel for the Reorganized Debtors

By: _____
Frank A. Oswald (FAO-1223)
Howard P. Magaliff (HPM-2189)
One Penn Plaza
Togut Segal & Segal
New York, NY 10119
Telephone: (212) 594-5656
Facsimile: (212) 967-4258

ALSTON & BIRD LLP
Counsel for Creditors' Committee

By: _____
Craig Freeman (CF ____)
Martin G. Bunin (MB ____)
Michael E. Johnson (MJ ____)
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

UNITED STATES TRUSTEE

By: *[signature]* Alicia M. Leonhard (by consent)
Diana G. Adams
United States Trustee for Region 2
Tracy Hope Davis, Esq.
Alicia M. Leonhard, Esq.
33 Whitehall Street. 21st Floor
New York, NY 10004
(212) 510-0500

| | |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>Alan S. Rutkoff<br>William P. Smith (WS-3210)<br>227 West Monroe Street<br>Chicago, Illinois 60606<br>Telephone: (312) 372-2000<br>Facsimile: (312) 984-7700<br><br>McDERMOTT WILL & EMERY LLP<br>Stephen B. Selbst (SS-6963)<br>James M. Sullivan (JS-2189)<br>340 Madison Avenue<br>New York, New York 10017-4613<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444 | SCHULTE ROTH & ZABEL LLP,<br>Counsel for McDermott Will & Emery LLP<br><br>By: *[signature]*<br>Michael L. Cook (MC 7887)<br>David M. Hillman (DH 8666)<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 756-2000<br>Facsimile: (212) 593-5955<br>Email: michael.cook@srz.com<br>         david.hillman@srz.com |

SO ORDERED
this _9_ day of January, 2008
*[signature]*
United States District Judge