UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>        Debtors.<br><br>McDERMOTT WILL & EMERY LLP,<br><br>        Appellant and Cross-Appellee,<br><br>v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK, CREDITORS' COMMITTEE OF SAINT VINCENT CATHOLIC MEDICAL CENTERS OF NEW YORK and DIANA G. ADAMS, AS UNITED STATES TRUSTEE FOR REGION 2,<br><br>        Appellees and Cross-Appellants. | Civ No. 1:07-cv-09818 - AKH<br><br>Chapter 11<br>Case No. 05-14945 (ASH)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    CREDITORS' COMMITTEE OF SAINT VINCENT CATHOLIC MEDICAL CENTERS OF NEW YORK.

I certify that I am admitted to practice in this court.

| 1/10/2007 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Brook Clark | |
| | Print Name | Bar Number |
| | 90 Park Avenue | |
| | Address | |
| New York | NY | 10016 |
| City | State | Zip Code |
| (212) 210-9462 | | (212) 210-9444 |
| Phone Number | | Fax Number |