**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Civ No. 1:07-cv-09818 - AKH |
| SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*, | Chapter 11 Case No. 05-14945 (ASH) |
| Debtors. | (Jointly Administered) |

McDERMOTT WILL & EMERY LLP,

                Appellant and Cross-Appellee,

          v.

SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK, CREDITORS' COMMITTEE OF SAINT VINCENT CATHOLIC MEDICAL CENTERS OF NEW YORK and DIANA G. ADAMS, AS UNITED STATES TRUSTEE FOR REGION 2,

             Appellees and Cross-Appellants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3 |17|08

## STIPULATION AND SCHEDULING ORDER

      **WHEREAS,** the Clerk of the Court docketed the above-captioned appeal on November 6, 2007;

      **WHEREAS,** the Clerk of the Court directed appellant to serve and file its opening brief on November 26, 2007;

      **WHEREAS,** appellees have cross-appealed; and

      **WHEREAS,** the parties have further agreed, subject to Court approval, upon an amended mutually convenient briefing schedule for both the appeal and cross-appeal;

10623079.1

NOW, THEREFORE, in consideration of the mutual promises contained herein, the parties stipulate and agree as follows:

1.    The parties will serve and file their opening briefs simultaneously on May 16, 2008.

2.    The parties will serve and file their reply briefs simultaneously on June 20, 2008.

3.    The Court will advise the parties of the date, time and place for oral argument after all briefs have been served and filed.

4.    This Stipulation is subject to Court approval, and until such approval has been obtained, it is of no force and effect, and no party may rely on it for any purpose whatsoever.

Dated: March 5, 2008
New York, New York

SAINT VINCENTS CATHOLIC MEDICAL
CENTERS OF NEW YORK, ET AL.
Conflicts Counsel for the Reorganized Debtors

By: _____
Frank A. Oswald (FAO-1921)
Howard P. Magaliff (HRM-2189)
One Penn Plaza
Togut Segal & Segal
New York, NY 10119
Telephone: (212) 594-5656
Facsimile: (212) 967-4258

ALSTON & BIRD LLP
Counsel for Creditors' Committee

By: _____
Craig Freeman (CF 5085)
Martin G. Bunin (MB 1602)
Michael E. Johnson (MJ 0219)
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

**NOW, THEREFORE,** in consideration of the mutual promises contained herein,

the parties stipulate and agree as follows:

1.  The parties will serve and file their opening briefs simultaneously

on May 16, 2008.

2.  The parties will serve and file their reply briefs simultaneously on June 20,

2008.

3.  The Court will advise the parties of the date, time and place for oral

argument after all briefs have been served and filed.

4.  This Stipulation is subject to Court approval, and until such approval has

been obtained, it is of no force and effect, and no party may rely on it for any purpose

whatsoever.

Dated: March 5, 2008
New York, New York

SAINT VINCENTS CATHOLIC MEDICAL            ALSTON & BIRD LLP
CENTERS OF NEW YORK, ET AL.                Counsel for Creditors' Committee
Conflicts Counsel for the Reorganized Debtors


By: /s/ Howard Magaliff                    By: /s/ Martin G. Bunin
Frank A. Oswald (FAO-1223)                 Craig Freeman  (CF _____)
Howard P. Magaliff (HPM-2189)              Martin G. Bunin (MB _____)
One Penn Plaza                             Michael E. Johnson  (MJ _____)
Togut Segal & Segal                        90 Park Avenue
New York, NY  10119                        New York, NY  10016
Telephone: (212) 594-5656                  Telephone: (212) 210-9400
Facsimile: (212) 967-4258                  Facsimile: (212) 210-9444

10623079.1                      - 2 -

UNITED STATES TRUSTEE

By: _/s/ Alicia M. Leonhard_ (w/ permission)

Diana G. Adams
United States Trustee for Region 2
Tracy Hope Davis, Esq.
Alicia M. Leonhard, Esq.
33 Whitehall Street. 21st Floor
New York, NY 10004
(212) 510-0500


McDERMOTT WILL & EMERY LLP
Alan S. Rutkoff
William P. Smith (WS-3210)
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

McDERMOTT WILL & EMERY LLP
Stephen B. Selbst (SS-6963)
James M. Sullivan (JS-2189)
340 Madison Avenue
New York, New York 10017-4613
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

SCHULTE ROTH & ZABEL LLP,
Counsel for McDermott Will & Emery LLP

By: _____

Michael L. Cook (MC 7887)
David M. Hillman (DH 8666)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
Email: michael.cook@srz.com
        david.hillman@srz.com


SO ORDERED

this ___ day of March, 2008

United States District Judge

10623079.1

- 3 -