## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on May 16, 2008, I caused to be served upon each of the parties listed below a true and correct copy of the accompanying Brief of Appellant McDermott Will & Emery LLP by Federal Express for Priority Overnight Delivery:

Howard P. Magaliff, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Brook A. Clark
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

Service was made via Federal Express and fax to the following address:

Tracy Hope Davis
Alicia M. Leonhard
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004
Fax: (212) 668-2255

Dated: New York, New York
       May 16, 2008

Amelia J. Crowley

NYK 1161097-1.024032.0326