UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SAINT VINCENTS CATHOLIC MEDICAL          :   Civ No. 1:07-cv-09818 - AKH
CENTERS OF NEW YORK d/b/a SAINT          :
VINCENT CATHOLIC MEDICAL                 :   Chapter 11
CENTERS, *et al.*,                       :   Case No. 05-14945 (ASH)
                                         :
                                         :   (Jointly Administered)
            Debtors.                     :
------------------------------------x
McDERMOTT WILL & EMERY LLP,              :
                                         :
       Appellant and Cross-Appellee,     :
                                         :   **APPEARANCE**
v.                                       :
                                         :
SAINT VINCENTS CATHOLIC MEDICAL          :
CENTERS OF NEW YORK, CREDITORS'          :
COMMITTEE OF SAINT VINCENTS              :
CATHOLIC MEDICAL CENTERS OF              :
NEW YORK and DIANA G. ADAMS, AS          :
UNITED STATES TRUSTEE FOR REGION 2,      :
                                         :
       Appellees and Cross-Appellants.   :
------------------------------------x

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for Creditors Committee of Saint Vincents Catholic Medical Centers of New York.

   I certify that I am admitted to practice in this court.

May 21, 2008                              /s/ Michael E. Johnson
---------------                           -------------------------
Date                                      Signature

                                          Michael E. Johnson
                                          -------------------------
                                          Print Name

                                          90 Park Avenue
                                          -------------------------
                                          Address

                                          New York      NY     10016
                                          -------------------------
                                          City          State  Zip

                                          (212) 210-9400
                                          -------------------------
                                          Phone Number

LEGAL02/30820019v1