May-30-2008 10:27am From- T-517 P.002/003 F-756



# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/08

Michael E. Johnson     Direct Dial: 212-210-9584     E-mail: michael.johnson@alston.com

May 20, 2008

**BY HAND**

Honorable Alvin K. Hellerstein
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

So advised
5-30-08
[signature]

    Re:     McDermott, Will & Emery LLP v. St. Vincents Catholic Medical Centers of New York, Civ. No. 1:07-cv-09818 (AKH)

Dear Judge Hellerstein:

    We represent Appellee/Cross-Appellant The Creditors Committee of Saint Vincents Catholic Medical Centers of New York in the above-referenced bankruptcy appeal, and we also write on behalf of Appellee/Cross-Appellant Saint Vincents Catholic Medical Centers of New York (together, the "Appellees"). We write in response to the May 19, 2008 letter from counsel for the Appellant/Cross-Appellee McDermott Will & Emery LLP (the "Appellant") concerning the length of the opening brief filed by Appellant on May 16, 2008.

    The Appellees do not take a position with respect to Appellant's *ex post facto* request for a waiver of Local Rule 7.1(b)'s 25-page limit and for permission to file its 49-page brief. The Appellees note that, if the Court orders the Appellant to file a brief that complies with the 25-page limit, an adjustment to the current briefing schedule would be appropriate so as to permit the Appellees sufficient time to prepare their opposition to the brief that is filed.

    On the other hand, if the Court is prepared to accept the Appellant's brief in its current form, the Appellees request that, in the interest of fairness, they be permitted to file a single opposition brief of up to 49 pages. By combining their two oppositions into a single brief, the Appellees will reduce the overall number of briefs to be considered by the Court. Given the scope of the issues presented in Appellant's current brief, however, the Appellees believe that a brief of up to 49 pages might be necessary. The Appellees will, of course, make every effort to file as concise an opposition brief as possible.

One Atlantic Center
1201 West Peachtree Street
Atlanta, CA 30309-3424
404-881-7000
Fax: 404-881-7777

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

950 F Street, NW
Washington, D.C. 20004
202-756-3300
Fax: 202-756-3333

Bricnner Strasse 11/V
80333 Munich
(49)(89) 238-0-70
Fax: (49) (89) 238-0-7110
(Representative Office)

Hon. Alvin K. Hellerstein
United States District Judge
United States District Court, Southern District of New York
Page 2

We appreciate the Court's attention to this matter.

Respectfully submitted,

Michael E. Johnson

Cc (via email): Michael L. Cook, Esq.
Frank A. Oswald, Esq.
Howard P. Magaliff, Esq.
Alicia M. Leonhard, Esq.
Tracy Hope Davis, Esq.

LEGAL02/30818030v1