

U.S. Department of Justice

Office of the United States Trustee

*Region 2 New York*

---

33 Whitehall Street, 21ˢᵗ Floor  
New York, N.Y. 10004

Phone: 212-510-0500  
Fax:   212-668-2255

June 13, 2008

By-Hand

The Honorable Alvin K. Hellerstein  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007-1312

Re:  St. Vincent Catholic Medical Centers of New York  
     d/b/a Saint Vincent Catholic Medical Centers, et al.

Dear Judge Hellerstein:

We write to request a two week extension from June 20, 2008 to July 7, 2008 with respect to the time to submit the brief of the United States Trustee, appellee, in the above referenced appeal. The reason for this request is the medical emergency of the Trial Attorney who is assigned to this appeal. Counsel to the Appellant, Michael Cook, Esq., has graciously consented to this request for an extension as have counsel to the Appellees, Howard Magaliff, Esq. of Togut Segal & Segal, for the Debtor, St. Vincents and Michael Johnson, of Alston & Bird, LLP, for the Official Committee of Unsecured Creditors.

Thank you for your consideration of this matter.

Respectfully Yours,

DIANA G. ADAMS  
UNITED STATES TRUSTEE

By: *[signature]*  
Tracy Hope Davis  
Assistant United States Trustee

cc:  Michael Cook, Esq.  
     Howard Magaliff, Esq.  
     Michael Johnson, Esq.

*[Handwritten: So ordered 6-17-08, signature]*

*[Stamp: 07 CV 9818]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/17/08]*

*[Stamp: RECEIVED JUN 12 2008 CHAMBERS OF ALVIN K. HELLERSTEIN USDJ]*