**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>   Debtors.<br><br>McDERMOTT WILL & EMERY LLP,<br><br>   Appellant and Cross-Appellee,<br><br>   v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK, CREDITORS' COMMITTEE OF SAINT VINCENT CATHOLIC MEDICAL CENTERS OF NEW YORK and DIANA G. ADAMS, AS UNITED STATES TRUSTEE FOR REGION 2,<br><br>   Appellees and Cross-Appellants. | Civ No. 1:07-cv-09818 - AKH<br><br>Chapter 11<br>Case No. 05-14945 (ASH)<br><br>(Jointly Administered) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

## STIPULATION AND SCHEDULING ORDER

  **WHEREAS,** the Clerk of the Court docketed the above-captioned appeal on November 6, 2007;

  **WHEREAS,** the parties served and filed opening briefs on May 16, 2008 pursuant to a court-approved stipulation entered on March 17, 2008; and

  **WHEREAS,** the parties have further agreed, subject to Court approval, upon an amended schedule for the filing of reply briefs;

  **NOW, THEREFORE,** in consideration of the mutual promises contained herein, the parties stipulate and agree as follows:

  1. The parties will serve and file their reply briefs simultaneously on July 7, 2008.

10623079.2

2.  The Court will advise the parties of the date, time and place for oral argument after all briefs have been served and filed.

3.  This Stipulation is subject to Court approval, and until such approval has been obtained, it is of no force and effect, and no party may rely on it for any purpose whatsoever.

Dated: June 18, 2008
New York, New York

SAINT VINCENTS CATHOLIC MEDICAL
CENTERS OF NEW YORK, ET AL.
Conflicts Counsel for the Reorganized Debtors

By: *Howard A. Magaliff (w/permission)*
Frank A. Oswald (FAO-1223)
Howard P. Magaliff (HPM-2189)
One Penn Plaza
Togut Segal & Segal
New York, NY 10119
Telephone: (212) 594-5656
Facsimile: (212) 967-4258

ALSTON & BIRD LLP
Counsel for Creditors' Committee

By: *Michael Johnson (w/permission)*
Craig Freeman (CF-5085)
Martin G. Bunin (MB-1602)
Michael E. Johnson (MJ-0299)
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

UNITED STATES TRUSTEE

By: *Alicia M. Leonhard (w/permission)*
Diana G. Adams
United States Trustee for Region 2
Tracy Hope Davis, Esq.
Alicia M. Leonhard, Esq.
33 Whitehall Street. 21st Floor
New York, NY 10004
(212) 510-0500

SCHULTE ROTH & ZABEL LLP,
Counsel for McDermott Will & Emery LLP

By: *[signature]*
Michael L. Cook (MC 7887)
David M. Hillman (DH 8666)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
Email: michael.cook@srz.com
       david.hillman@srz.com

SO ORDERED

this 19 day of June, 2008

*[signature]*
United States District Judge

10623079.2

- 2 -