Michael L. Cook (MC 7887)
David M. Hillman (DH 8666)
SCHULTE ROTH & ZABEL LLP
Counsel for McDermott Will & Emery LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>Debtors. | Civ No. 1:07-CV-09818-AKH<br><br>Chapter 11<br>Case No. 05-14945 (ASH)<br><br>(Jointly Administered) |
| McDERMOTT WILL & EMERY LLP,<br><br>Appellant.<br><br>v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK, CREDITORS' COMMITTEE OF SAINT VINCENT CATHOLIC MEDICAL CENTERS OF NEW YORK and DIANA G. ADAMS, AS UNITED STATES TRUSTEE FOR REGION 2,<br><br>Appellees. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )ss
COUNTY OF NEW YORK   )

   Shelley Saposnik, being duly sworn deposes and says:

   1.   I am over the age of eighteen years, am employed by Schulte Roth & Zabel LLP and am not a party to the action herein.

10706240.1

2. On July 7, 2008, I caused to be served by email followed by first class mail upon all those listed on Exhibit A, annexed hereto, a true and correct copy of *Reply Brief of Appellant McDermott Will & Emery LLP*.

/s/: Shelley Saposnik
SHELLEY SAPOSNIK

SWORN TO AND SUBSCRIBED before me
this 7th day of July, 2008

/s/: Amelia C. Fields
Notary Public, State of New York
No. 01F16172799
Qualified in New York County
Commission Expires Aug. 20, 2011

10706240.1

## **EXHIBIT A**

1. Alicia M. Leonhard, Esq.
   Tracy Hope Davis, Esq.
   United States Trustee
   33 Whitehall Street
   Suite 2200
   New York, NY 10004
   *Alicia M.Leonhard@usdoj.gov*
   *Tracy.davis2@usdoj.gov*

2. Brook Clark, Esq.
   Martin Bunin, Esq.
   Michael Johnson, Esq.
   Alston & Bird
   90 Park Avenue
   New York, NY 10016-1387
   *brook.clark@alston.com*
   *mjohnson@alston.com*
   *marty.bunin@alston.com*

3. Frank Oswald, Esq.
   Howard P. Magaliff, Esq.
   Togut Segal & Segal, LLP
   One Penn Plaza
   New York, NY 10016-1387
   *frankoswald@teamtogut.com*
   *hmagaliff@teamtogut.com*

10706240.1