UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SAINT VINCENTS CATHOLIC MEDICAL : Civ. No. 1:07-cv-09818 (AKH)
CENTERS OF NEW YORK d/b/a SAINT VINCENT :
CATHOLIC MEDICAL CENTERS, *et al.*, : Chapter 11
: Case No. 05-14945 (ASH)
           Debtors. : (Jointly Administered)
------------------------------------------------------------------x
McDERMOTT WILL & EMERY LLP, :
:
           Appellant, : Affidavit of Service
:
           v. :
:
SAINT VINCENTS CATHOLIC MEDICAL :
CENTERS OF NEW YORK, CREDITORS' :
COMMITTEE OF SAINT VINCENTS CATHOLIC :
MEDICAL CENTERS OF NEW YORK and DIANA :
G. ADAMS, AS UNITED STATES TRUSTEE FOR :
REGION 2, :
:
           Appellees. :
------------------------------------------------------------------x

      Kim Fitzgerald, being duly sworn, deposes and says that I am over 18 years of age and am not a party to above captioned proceedings. I am employed by Alston & Bird LLP and on July 7, 2008 I served a copy of the *Reply Brief of Appellees Saint Vincents Catholic Medical Centers of New York and The Creditors' Committee of Saint Vincents Catholic Medical Centers of New York* by overnight mail upon:

      Michael L. Cook, Esq.
      David M. Hillman, Esq.
      Schulte Roth & Zabel LLP
      919 Third Avenue
      New York, New York 10022

      Alan S. Rutkoff, Esq.
      William P. Smith, Esq.
      McDermott Will & Emery LLP
      227 West Monroe Street
      Chicago, Illinois 60606

      Stephen B. Selbst, Esq.
      James M. Sullivan, Esq.
      McDermott Will & Emery LLP

LEGAL02/30872030v1

340 Madison Avenue
New York, New York 10017

Tracy Hope Davis, Esq.
Alicia M. Leonhard, Esq.
Office of the United States Trustee
for Region 2
33 Whitehall Street, 21st floor
New York, New York 10004

Frank A. Oswald, Esq.
Togut Segal & Segal LLP
One Penn Plaza
New York, New York 10119

*/s/ Kim Fitzgerald*
Kim Fitzgerald

Sworn to before me this
8th day of July 2008

*/s/ Pamela L. Lewis*
Notary Public

PAMELA L. LEWIS
Notary Public, State of New York
No. 31-4610141
Qualified in New York County
Commission Expires March 30, ——
April 30, 2011