ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Michael E. Johnson                    Direct Dial: 212-210-9584                    E-mail: michael.johnson@alston.com

**BY HAND**

July 8, 2008

Honorable Alvin K. Hellerstein
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    McDermott, Will & Emery LLP v. St. Vincents Catholic Medical Centers
of New York, Civ. No. 1:07-cv-09818 (AKH) and Gray & Associates,
LLC v. McDermott, Will & Emery LLP, Civ. No. 1:08-cv-4401 (AKH).

Dear Judge Hellerstein:

We represent the Creditors Committee of Saint Vincents Catholic Medical Centers of
New York ("Creditors Committee") in the above-referenced action bearing case number 1:07-cv-
09818. We write with respect to the joint case status conference in the above-referenced actions,
which the Court recently adjourned from July 11 to July 18, 2008. We have a conflict on July
18, as do certain other counsel scheduled to appear at the conference, and we therefore request
that the conference be adjourned to another date that is acceptable to the Court. We have
conferred with counsel for all parties, and all attorneys are available on August 5, 2008. We
understand that the Court's preference is to schedule this conference on a Friday, but
unfortunately there is no Friday in July or August when all counsel are available. Please let us
know if we should check counsel's availability in September.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Michael E. Johnson

cc (via email):    Michael L. Cook, Esq.            Frederick Warder III, Esq.
                   Frank A. Oswald, Esq.            William F. Ryan, Esq.
                   Howard P. Magaliff, Esq.         Arnold Weiner, Esq.
                   Alicia M. Leonhard, Esq

One Atlantic Center           Bank of America Plaza            3201 Beechleaf Court, Suite 600      950 F Street, NW           Brienner Strasse 11/V
1201 West Peachtree Street     101 South Tryon Street, Suite 4000    Raleigh, NC 27604-1062          Washington, D.C. 20004        80333 Munich
Atlanta, GA 30309-3424         Charlotte, NC 28280-4000         919-862-2200                     202-756-3300               (49) (89) 238-0-70
404-881-7000                   704-444-1000                     Fax: 919-862-2260                Fax: 202-756-3333          Fax: (49) (89) 238-0-7110
Fax 404-881-7777               Fax 704-444-1111                                                                             (Representative Office)